*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided May 30, 2001

TRUSTEES, SOUTHERN CONNECTICUT STATE UNIVERSITY, ET AL. *v.* MORIN BROTHERS AUCTION SERVICES CORPORATION

The defendant's petition for certification for appeal from the Appellate Court (AC 21400) is denied.

*Frederick M. Morin*, in support of the petition.

*Robert Snook* and *Laurann Asklof*, assistant attorneys general, in opposition.

Decided May 30, 2001